IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 98-630
2000 MT 50A

PETER R. SHERNER and )
DEBORAH SHERNER, )
)
    Plaintiffs and Appellants, )
)
v. )
)
CONOCO, INC., )
)
    Defendant and Respondent. )

FILED

ORDER   MAR 3 0 2000

*Ed Smith*
CLERK OF SUPREME CO
STATE OF MONTANA

Respondent, Conoco, Inc., has filed with this Court its Petition for Rehearing and Peter R. Sherner and Deborah Sherner have filed their response. It was pointed out in the Petition for Rehearing that the OSHA citations were not a part of the record on appeal and that, therefore, this Court should not have considered them.

IT IS ORDERED that the opinion of this Court in *Sherner v. Conoco, Inc.*, 2000 MT 50, ___ Mont. ___, ___ P.2d ___, 57 St.Rep.241, shall be amended to delete the last sentence of ¶ 7, which states: "An OSHA investigation resulted in a number of citations being issued against Conoco for violating OSHA regulations."

IT IS FURTHER ORDERED that Conoco, Inc.'s Petition for Rehearing is denied.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this order by mail to counsel of record.

DATED this **30th** day of March, 2000.

_____
Chief Justice